1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 ## EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| ANA L. VALENCIA,                          ) | Case No.: 1:11-at-00740 |
| 9                                          ) | |
|           Plaintiff,     ) | **ORDER GRANTING APPLICATION TO** |
| 10                                         ) | **PROCEED IN FORMA PAUPERIS** |
|        v.                               ) | |
| 11                                         ) | (Doc. 4) |
| MICHAEL J. ASTRUE,                         ) | |
| 12 Commissioner of Social Security,        ) | |
| 13                                         ) | |
|           Defendant.      ) | |
| 14                                         ) | |
| 15 _____ ) | |

16

17     Plaintiff Ana L. Valencia filed a complaint on November 23, 2011, along with an application

18 to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19 entitlement to proceed without prepayment of fees.

20     Accordingly, IT IS HEREBY ORDERED THAT:

21     1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22     2.     The Clerk of Court is DIRECTED to issue a summons; and

23     3.     The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24          and this order upon the defendant as directed by the plaintiff.

25 IT IS SO ORDERED.

26 **Dated:    November 29, 2011**          _____    /s/ Sheila K. Oberto_____
                                       UNITED STATES MAGISTRATE JUDGE

27

28