# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA L. VALENCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:11-at-00740<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 4) |

   Plaintiff Ana L. Valencia filed a complaint on November 23, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

   Accordingly, IT IS HEREBY ORDERED THAT:

   1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED;

   2.  The Clerk of Court is DIRECTED to issue a summons; and

   3.  The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:  November 29, 2011**      **/s/ Sheila K. Oberto**
                   UNITED STATES MAGISTRATE JUDGE