**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA VALENCIA,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.: 1:11-cv-01970 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 14) |

The parties have stipulated by counsel to extend the period of time for Plaintiff to file an opening brief. (Doc. 14). The Scheduling Order allows a single thirty-day extension by stipulation (Doc. 7-1 at 4), and this is the first extension requested by the parties.

Accordingly, it is **HEREBY ORDERED:** Plaintiff is granted an extension of time until **July 10, 2012**, to file an opening brief.

IT IS SO ORDERED.

Dated:   **June 27, 2012**               **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

1